**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shawn B. Mathis                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-10806 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                                   Respectfully submitted,
                                                                   **/s/ Rebecca A. Solarz Esquire**
                                                                    Rebecca A Solarz, Esquire
                                                                    Kevin G. McDonald, Esquire
                                                                    KML Law Group, P.C.
                                                                    701 Market Street, Suite 5000
                                                                    Philadelphia, PA 19106-1532
                                                                    (215) 627-1322