**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  **Shawn B. Mathis** ) | Chapter 13 |
| **Debtor** ) | |
| ) | No. 20-10806-ELF |
| ) | |
| ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                          **/s/David M. Offen**
                                          **David M. Offen**
                                          **Attorney for Debtor(s)**

**Date:6/5/20**