# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 20-10806-ELF

SHAWN B MATHIS

6643 MARSDEN STREET

PHILADELPHIA, PA 19135-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHAWN B MATHIS

6643 MARSDEN STREET

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 6/24/2020

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee