IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SHAWN MATHIS, | : CASE NO. 20-10806 ELF |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : August 4, 2020 @10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| SHAWN MATHIS, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 33 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on August 3, 2020 by:

**20-10806-elf Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

RONALD A. KOLLA on behalf of Creditor Old Family Construction, Inc d/b/a Basement Waterproofing Specialists
rkolla@millerturetsky.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

DAVID M. OFFEN on behalf of Debtor Shawn B Mathis
dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

REBECCA ANN SOLARZ on behalf of Creditor Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**20-10806-elf Notice will not be electronically mailed to:**

**N/A**

Date:   August 3, 2020                                             Respectfully submitted,


                                                                   /s/ Jonathan W. Chatham
                                                                   Jonathan W. Chatham
                                                                   Deputy Chief Counsel
                                                                   PA Department of Revenue
                                                                   Office of Chief Counsel
                                                                   P.O. Box 281061
                                                                   Harrisburg, PA 17128-1061
                                                                   PA I.D. # 209683
                                                                   Phone: 717-783-3673
                                                                   Facsimile: 717-772-1459