IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                    :
                                         :            Chapter 13
        SHAWN B. MATHIS,                 :
                                         :            Bankruptcy No. 20-10806 (ELF)
                        Debtor.          :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #39 filed by the City of Philadelphia on September 15, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: November 3, 2020        By:    */s/ Pamela Elchert Thurmond*
                                      PAMELA ELCHERT THURMOND
                                      Deputy City Solicitor
                                      PA Attorney I.D. 202054
                                      City of Philadelphia Law Department
                                      1401 JFK Blvd., 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      215-686-0588 (facsimile)
                                      Email: Pamela.Thurmond@phila.gov