IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHAWN MATHIS | : | No. 20-10806-ELF |
| Debtor | | |

## ANSWER TO MOTION FOR RELIEF OF PA. HOUSING FINANCE AGENCY AND CERTIFICATE OF SERVICE

The Debtor acknowledges that he fell behind on the mortgage and he has now made an arrangement with Richelle Zimmerman of PHFA to get caught

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 12/31/2020

A copy of this response is being served on Rebecca Solarz, Esq. By Electronic Mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor