# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 20-10806-ELF

SHAWN B MATHIS

6643 MARSDEN STREET

PHILADELPHIA, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHAWN B MATHIS

    6643 MARSDEN STREET

    PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 1/26/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee