United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10806-elf |
| Shawn B Mathis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

**Recip ID        Recipient Name and Address**
db            + Shawn B Mathis, 6643 Marsden Street, Philadelphia, PA 19135-2725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:

**Name            Email Address**

DAVID M. OFFEN
    on behalf of Debtor Shawn B Mathis dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

RONALD A. KOLLA
    on behalf of Creditor Old Family Construction  Inc d/b/a Basement Waterproofing Specialists rkolla@millerturetsky.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 13, 2021 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shawn B. Mathis<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　Movant<br>　vs.<br>Shawn B. Mathis<br>　　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　　Trustee | NO. 20-10806 ELF<br><br>11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.　The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$4,361.52,** which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | January 2021 through April 2021 at $1,262.88/month |
| Suspense Balance: | ($690.00) |
| **Total Post-Petition Arrears** | **$4,361.52** |

2.　The Debtor(s) shall cure said arrearages in the following manner;

a)　Debtor shall make a payment in the amount of $3,810.00 on or before May 13, 2021.

b)　Beginning May 1, 2021 and continuing through October 2021, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,309.77** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month)*, plus an installment

payment of **$91.92** for the months of May 2021 through October 2021 towards the arrearages on or before the last day of each month to Movant.

   *The regular monthly payment due May 1, 2021 may be made by the debtor on or before May 30, 2021.

   c) Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 26, 2021            /s/Rebecca A. Solarz
                                Rebecca A. Solarz Esq.
                                Attorney for Movant

Date: April 26, 2021            /s/ David M. Offen, Esquire
                                David M. Offen Esq.
                                Attorney for Debtor(s)

*No objection to its terms, without prejudice to any of our rights and remedies*

Date: May 12, 2021              /s LeRoy W. Etheridge, Esquire, for*
                                William C. Miller, Esq.
                                Chapter 13 Trustee

## O R D E R

Approved by the Court this ___ day of _____, 2021.  However, the court retains discretion regarding entry of any further order.

Date: 5/13/21

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**