United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-10806-elf

Shawn B Mathis                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn B Mathis, 6643 Marsden Street, Philadelphia, PA 19135-2725 |
| 14464867 | | AllianceOne Management Inc, P.O. Box 3106, Southeastern, PA 19398-3106 |
| 14464868 | + | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14464873 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14464876 | + | Lendmark Financial, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, GA 30043-8228 |
| 14464877 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14464878 | + | Miller, Turetsky, Rule & McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 14464881 | | Neiman Marcus, PO Box 5235, Carol Stream, IL 60197-5235 |
| 14491900 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14464883 | + | OLD FAMILY CONSTRUCTION INC, 127 SECOND AVENUE, Collegeville, PA 19426-2608 |
| 14473955 | + | Old Family Construction, Inc., C/O Ronald A. Kolla, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 14464884 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14494623 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14464888 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14494869 | + | Pennsylvania Housing Finance Agency, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14464890 | + | ROBERT E COLE, ESQ., FINANTA COMMERCE CENTER, 1301 NORTH 2ND STREET, Philadelphia, PA 19122-4503 |
| 14464889 | | Raymour & Flanigan, P.O. Box 130, Liverpool, NY 13088-0130 |
| 14464891 | + | Sam Xinzhan Tang, 3139 Windish Street, Philadelphia, PA 19152-4517 |
| 14464892 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14482869 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14464894 | + | Viriva Community Cu, 157 York Rd, Warminster, PA 18974-4514 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14464866 | | Email/Text: amscbankruptcy@adt.com | May 19 2021 02:00:00 | ADT Security Services, P.O. Box 650485, Dallas, TX 75265-0485 |
| 14464865 | + | Email/Text: bankruptcy@accioneast.com | May 19 2021 01:58:00 | Accion East, Inc, 80 Maiden Ln Rm 903, New York, NY 10038-4740 |
| 14525922 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 |

District/off: 0313-2                          User: admin                                Page 2 of 4

Date Rcvd: May 18, 2021                       Form ID: pdf900                           Total Noticed: 53

|  |  |  |  |
|---|---|---|---|
|  |  |  | John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14538126 |  | Email/Text: megan.harper@phila.gov | |
|  |  | May 19 2021 01:59:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, C/O Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14523420 |  | Email/Text: megan.harper@phila.gov | |
|  |  | May 19 2021 01:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14464870 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 19 2021 01:49:00 | Comenitycb/Barneys, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14464871 |  | Email/Text: mrdiscen@discover.com | |
|  |  | May 19 2021 01:49:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14464872 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 19 2021 01:51:32 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14495051 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | May 19 2021 01:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14469387 |  | Email/Text: mrdiscen@discover.com | |
|  |  | May 19 2021 01:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14464875 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  |  | May 19 2021 01:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14483907 |  | Email/Text: ktramble@lendmarkfinancial.com | |
|  |  | May 19 2021 01:49:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON, GA 30014 |
| 14473576 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | May 19 2021 01:53:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14484939 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | May 19 2021 01:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14474827 | + | Email/Text: ecfbankruptcy@progleasing.com | |
|  |  | May 19 2021 01:58:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14464879 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
|  |  | May 19 2021 02:00:22 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14464882 | + | Email/Text: bnc@nordstrom.com | |
|  |  | May 19 2021 01:49:46 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14464886 |  | Email/Text: blegal@phfa.org | |
|  |  | May 19 2021 01:58:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14464885 | + | Email/Text: bankruptcygroup@peco-energy.com | |
|  |  | May 19 2021 01:49:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14480389 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  |  | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14495215 | + | Email/Text: blegal@phfa.org | |
|  |  | May 19 2021 01:58:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14476378 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | May 19 2021 01:51:32 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14489546 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | May 19 2021 01:59:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14474766 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
|  |  | May 19 2021 01:53:25 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14489833 | + | Email/Text: documentfiling@lciinc.com | |
|  |  | May 19 2021 01:49:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA |

District/off: 0313-2         User: admin         Page 3 of 4

Date Rcvd: May 18, 2021         Form ID: pdf900         Total Noticed: 53

| | | | |
|---|---|---|---|
| | | | 94011-1931 |
| 14537931 | + Email/Text: megan.harper@phila.gov | | |
| | | May 19 2021 01:59:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14493203 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | May 19 2021 01:53:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14464893 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | May 19 2021 01:49:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 14464896 | Email/Text: megan.harper@phila.gov | | |
| | | May 19 2021 01:59:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14464869 | *+ | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14464874 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14464880 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14464887 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14496345 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14496444 | *+ | Pennsylvania Housing Finance Agency, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14464895 | *+ | Viriva Community Cu, 157 York Rd, Warminster, PA 18974-4514 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |
| | on behalf of Debtor Shawn B Mathis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JONATHAN WILKES CHATHAM | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| LEON P. HALLER | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

RONALD A. KOLLA
    on behalf of Creditor Old Family Construction  Inc d/b/a Basement Waterproofing Specialists rkolla@millerturetsky.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            Chapter 13
SHAWN B MATHIS


                    Debtor              Bankruptcy No. 20-10806-ELF

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: May 18, 2021**

_____
                    Honorable Eric L. Frank
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
SHAWN B MATHIS

6643 MARSDEN STREET

PHILADELPHIA, PA 19135-