**Fill in this information to identify the case:**

Debtor 1    Shawn B. Mathis

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   20-10806-elf

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Pennsylvania Housing Finance Agency     **Court claim no.** (if known): 22

**Last 4 digits** of any number you use to identify the debtor's account:    8   0   8   8

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $   1,262.88

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____ 191.53     New escrow payment: $ _____ 144.41

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1    **Shawn B. Mathis**
_____
First Name    Middle Name    Last Name

Case number (*if known*) **20-10806-elf**
_____

---

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖  **/s/ Leon P. Haller**
_____
Signature

Date **10/27/2020**
_____

Print:    **Leon P. Haller**
_____
First Name    Middle Name    Last Name

Title **Bankruptcy Attorney**
_____

Company    **Purcell, Krug & Haller**
_____

Address    **1719 North Front Street**
_____
Number    Street

**Harrisburg**                **PA**    **17102**
_____
City                          State    ZIP Code

Contact phone **717-234-4178**
_____

Email **lhaller@pkh.com**
_____